

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|   |   |   |
|---|---|---|
| IN THE MATTER OF E.O.E., A JUVENILE. | § | No. 08-14-00144-CV |
|   | § | Appeal from |
|   | § | 65th District Court |
|   | § | of El Paso County, Texas |
|   | § | (TC # 1000902) |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF MAY, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.